CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKe

APR 1 0 2015

JULIA C. DUDLEY, CLERK
BY: /s/ H McDanaed
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GLENN CALVIN LAWHORN, JR., ) | Civil Action No. 7:14-cv-00437 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| HAROLD W. CLARKE, <u>et al.</u>, ) | By: | Hon. Jackson L. Kiser |
| Defendants. ) | | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g), all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 10th day of April, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge